FORM 1-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

AMOENA USA CORP.

                                            Plaintiff,

v.

UNITED STATES OF AMERICA,

                                            Defendant.

**SUMMONS**

**Court No.**   24-00093

**TO:** The Attorney General and the Secretary of Homeland Security:

    **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano

Clerk of the Court

**PROTEST**

| | |
|---|---|
| Port of Entry:   1704 | Date Protest Filed:   02/01/2017 |
| Protest Number:   1704-17-101047 | Date Protest Denied:   11/21/2023 |
| Importer:   Amoena USA Corp. | |
| Category of Merchandise   Mastectomy Bras | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 9HJ-0038835-8 | 09/22/2015 | 08/05/2016 | | | |
| 9HJ-0038679-0 | 09/21/2015 | 08/05/2016 | | | |
| | | | | | |
| | | | | | |

Port Director,

U.S. Bureau of Customs & Border Protection
157 Tradeport Drive
Atlanta, GA 30354

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP
599 Lexington Avenue, 36th floor
New York, New York 10022
RSilverman@GDLSK.COM

212/557-4000

*Address of Customs Port in Which Protest Was Denied*   *Name, Address and Telephone Number of Plaintiff's Attorney*

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Mastectomy Bras | 6212.10.9020 HTSUS | 16.9% ad valorem | 9021.10.0090 HTSUS; or 9021.39.0000 HTSUS; or 9021.90.8100 HTSUS | DUTY FREE |

| Other |
|---|
| State specifically the Decision [as Described in 19 U.S.C.§1514(a)] and the Protest Claim: |

| |
|---|
| The issue which was common to all such denied protests:  Whether the imported merchandise is specifically provided for under one of the claimed tariff provisions. |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf.  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest.  The issue or issues stated above were common to all such denied protests.  All such protests were filed and denied as prescribed by law.  All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/   William F. Marshall

Date:  05/20/2024
Page 2

10790121_1